[No. 11931–1–I.  Division One.  November 26, 1984.]

WESTERN TILE CONTRACTORS, INC., *Respondent,* v. GAIL INTERNATIONAL CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–05076–1, Frank H. Roberts, Jr., J., entered June 3, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Scholfield, JJ.

[No. 13050–1–I.  Division One.  November 26, 1984.]

GREGORY JOHN LUNDGREN, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–05009–3, John F. Wilson, J., entered February 17, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Callow and Ringold, JJ.

[No. 13140–1–I.  Division One.  November 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH TOMAS COKER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–1–00310–0, Byron L. Swedberg, J., entered April 26, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Scholfield, JJ.

[No. 13729–8–I.  Division One.  November 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFRED C. McFARLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00163–8, John E. Rutter, Jr., J., entered September 2, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Swanson, J.